MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
AUSTIN B. KENNEY (State Bar No. 242277)
abk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant FORD MOTOR CREDIT COMPANY LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| MICHAEL ELLIS, individually and on behalf of a class of similarly situated people,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR CREDIT COMPANY, LLC, and DOES 1 through 50,<br><br>Defendants. | Case No.<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** |

The undersigned, counsel of record for defendant Ford Motor Credit Company LLC, certifies that the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

Ford Motor Credit Company LLC is a wholly owned subsidiary of Ford Holdings LLC, which in turn is a wholly owned subsidiary of Ford Motor Company. Ford Motor Company is a publicly traded corporation.

08888.1846/3823642.1

| | | |
|---|---|---|
| 1 | DATED:  January 9, 2015 | SEVERSON & WERSON |
| 2 | | A Professional Corporation |

By: _____*/s/ Erik Kemp*_____
           Erik Kemp

Attorneys for Defendant FORD MOTOR CREDIT COMPANY LLC