1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTE: CHANGES HAVE BEEN
MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| MICHAEL ELLIS, individually and on behalf of a class of similarly situated people,<br><br>          Plaintiff,<br><br>     vs.<br><br>FORD MOTOR CREDIT COMPANY, LLC, and DOES 1 through 50,<br><br>          Defendants. | Case No. 2:15-cv-00196-ODW(JPRx)<br><br>[Removed from the Superior Court of California in and for the County of Los Angeles, Case No. BC565558]<br><br>Assigned to:<br>Hon. Otis D. Wright, II, Ctrm. 11<br><br>**ORDER TO STAY LITIGATION AND ARBITRATE CLAIMS**<br><br>Filed concurrently with Stipulation to Stay Litigation and Arbitrate Claims<br><br>Action Filed:   December 2, 2014<br>Trial Date:      None |

## ORDER

The Stipulation to Stay Litigation and Arbitrate Claims ("Stipulation") of plaintiff MICHAEL ELLIS and defendant FORD MOTOR CREDIT COMPANY LLC having been submitted to the Court, and good cause appearing, the Court hereby finds as follows:

1.      Based on the foregoing stipulation, the Court hereby finds that there is a valid and enforceable contract between Plaintiff and Ford Credit which contains a valid and enforceable Arbitration Agreement, a copy of which is attached to the Stipulation as Exhibit A.

2.      The parties shall proceed to binding arbitration in accordance with the parties' Agreement.

3.      This litigation, including any and all pending and future discovery, shall be stayed pending completion of arbitration.

4.      This action will be dismissed with prejudice within fourteen (14) days of entry of this Order if Plaintiff has not by that time (i) dismissed his claims against Ford Credit or (ii) commenced arbitration of those claims as stipulated between the parties.

5.      Arbitration shall be conducted by the American Arbitration Association, or if that forum is not available, by JAMS pursuant to 9 U.S.C. § 5.

6.      The parties' claims and defenses shall be arbitrated on an individual or bilateral basis only.  In no event may Plaintiff pursue any claims on behalf of a class in arbitration or assert claims jointly with any other party.

7.      Arbitration fees will be shared equally by the parties, or as allocated otherwise by the Arbitrator.

8.      The rights and remedies of the parties in arbitration will be governed by California law, whether such law is based in statute, the California Constitution or common law.

9.      Each party shall have the right to take the deposition of all witnesses identified by any party to this action in accordance with AAA Rules in effect.  All depositions will be completed prior to the commencement of the arbitration hearing.

10.      The Court shall enter Judgment based upon the Arbitrator's Award to be submitted to the Court by the prevailing party within ten (10) days of the Arbitrator's Award.

11.      The Court shall retain jurisdiction of this case in accordance with the parties' Stipulation.

12.      All other dates are hereby vacated.

**IT IS SO ORDERED.**

DATED:  March 3, 2015

_____
Hon. Otis D. Wright, II

[PROPOSED] ORDER TO STAY LITIGATION AND ARBITRATE CLAIMS