MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
AUSTIN B. KENNEY (State Bar No. 242277)
abk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
FORD MOTOR CREDIT COMPANY LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| MICHAEL ELLIS, individually and on behalf of a class of similarly situated people,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FORD MOTOR CREDIT COMPANY, LLC, and DOES 1 through 50,<br><br>　　　　Defendants. | Case No. 2:15-cv-00196-ODW-JPR<br><br>**ORDER DISMISSING CASE [13]** |

## ORDER

Based on the Stipulation filed herewith, it is hereby ordered that this Action is dismissed in its entirety <u>with prejudice</u> as to Plaintiff, and <u>without prejudice</u> as to the claims of all other putative class members.  Each party shall bear its own fees and costs incurred in connection with this dismissal.

**IT IS SO ORDERED.**

DATED:  July 15, 2015

_____
Hon. Otis D. Wright, II
UNITED STATES DISTRICT JUDGE